UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 04-cr-00322-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CATHY LYN SIMMONS,

    Defendant.

_____

**ORDER**
_____

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, June 30, 2006**, and responses to these motions shall be filed by **Monday, July 10, 2006**.  It is

    FURTHER ORDERED that a hearing on all pending motions and final trial preparation conference is set for **Wednesday, July 19, 2006, at 4:00 p.m.**  It is

    FURTHER ORDERED that a two-day jury trial is set to commence **Monday, July 31, 2006**.

    Dated:  June 1, 2006

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge