**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

_____

| | | | |
|---|---|---|---|
| Date: | May 29, 2007 | Probation: | Lisa Pence and |
| Courtroom Deputy: | Robert R. Keech | | Veronica Ramirez |
| E.C.R./Reporter: | Kara Spitler | Interpreter: | N/A |

_____

Criminal Case No: **04-cr-00322-WYD**           Counsel:

UNITED STATES OF AMERICA,                      John M. Haried

        Plaintiff,

v.

**1. CATHY LYN SIMMONS**,                     LaFonda R. Jones

        Defendant.
_____

**SENTENCING**
_____

**10:05 a.m.**   Court in Session - Defendant present (on-bond)

        **Change of Plea Hearing - Tuesday, October 24, 2006, at 4:00 p.m.
        Plea of Guilty - count 1 of Indictment**

        APPEARANCES OF COUNSEL.

        Court's opening remarks and inquiry of Mr. Haried.

        Statement by Mr. Haried in response to Court's inquiry.

**10:06 a.m.**   Court in Recess

**10:37 a.m.**   Court in Session

10:39 a.m.   Statement on behalf of Government (Mr. Haried).

10:41 a.m.   Statement on behalf of Defendant (Ms. Jones).

Judge Wiley Y. Daniel
04-cr-00322-WYD - Sentencing Minutes

---

                Court makes inquiries of Defendant.

10:43 a.m.    Statement by Defendant in response to Court's inquiries (Ms. Simmons).

10:47 a.m.    Statement on behalf of Government (Mr. Haried).

10:47 a.m.    Statement on behalf of Probation (Ms. Ramirez).

10:48 a.m.    Statement by Defendant on her own behalf (Ms. Simmons).

10:57 a.m.    Statement by Government and oral motion for departure (Mr. Haried).

10:59 a.m.    Discussion regarding Court's proposed special conditions of supervised release.

                Court makes findings.

**ORDERED:**    Government's Motion for Decrease for Acceptance of Responsibility (#43 - 12/18/06) is **GRANTED.**

                Order is **APPROVED BY THE COURT.**

**ORDERED:**    Government's Motion for Departure (#42 - 12/15/06) and oral motion for departure is **GRANTED.**

**ORDERED:**    Government shall file Amended Motion for Departure by **Tuesday, May 29, 2007.**

**ORDERED:**    Defendant be **imprisoned** for **TIME SERVED.**

**ORDERED:**    Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:**    **Conditions** of **Supervised Release** are:

    (X)    Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

    (X)    Defendant shall not commit another federal, state or local crime.

Judge Wiley Y. Daniel
04-cr-00322-WYD - Sentencing Minutes

---

(X)   Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)   Defendant shall comply with standard conditions adopted by the Court.

(X)   Defendant shall not unlawfully possess a controlled substance.

(X)   The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X)   The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**   **Special Condition(s)** of **Supervised Release** are:

(X)   Defendant shall participate in a program of testing and treatment for drug and alcohol abuse as directed by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by probation.

(X)   The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

(X)   The defendant shall be placed on home detention for a period of **8** months, to commence within **21 days.** During this period, the defendant shall remain at her place of residence except for employment and other activities approved in advance by the probation officer, including time spent by the defendant to obtain her G.E.D. The defendant shall maintain a telephone at her place of residence without any special services, modems, answering machines, or cordless telephone for the above period. The defendant shall wear an electronic device and shall observe the rules specified by the Probation Department. The defendant will be required to pay the cost of electronic monitoring as directed by the probation officer.

Judge Wiley Y. Daniel
04-cr-00322-WYD - Sentencing Minutes

---

(X)   The defendant shall obtain her General Equivalency Diploma (G.E.D.) not later than **Friday, May 30, 2008.**  Court will not consider any request to extend the deadline absent any extraordinary, unforseen, and unexpected circumstances.

(X)   Not later than 18 months after commencement of supervised release or by **November 30, 2008,** defendant shall pursue a course of study in computers or another field of study defendant decides to pursue.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within ten (10) days.  Defendant advised of right to appeal in forma pauperis.

Court's closing remarks to defendant.

The court finds that defendant **is not** likely to flee or be a danger to self or others and it is **ORDERED**:  **BOND CONTINUED.**

**11:14 a.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  0:38**