IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00322-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CATHY LYN SIMMONS,

    Defendant.

---

## ORDER

---

    The government's motion for the three level acceptance of responsibility reduction pursuant to §3E1.1 of the United States Sentencing Guidelines having come before the Court and the Court being fully advised:

    IT IS HEREBY ORDERED that the Defendant receive the 3 levels reduction in the offense level for acceptance of responsibility as provided by §3E1.1(b) of the United States Sentencing Guidelines.

    DATED this 29th day of May, 2007.

                             BY THE COURT:

                             s/ Wiley Y. Daniel
                             WILEY Y. DANIEL,
                             UNITED STATES DISTRICT JUDGE